UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER


| | | |
|---|---|---|
| LILY O. BARNES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case Nos. 4:04-cv-10 / 4:02-cr-47 |
| | ) | *Judge Edgar* |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |


## MEMORANDUM  AND  ORDER


Petitioner Lily O. Barnes, a federal prisoner, has filed a *pro se* motion for post-conviction

relief under 28 U.S.C. § 2255.  The United States of America opposes the motion.  The Court

referred the case to Magistrate Judge William B. Mitchell Carter for a report and recommendation

pursuant to 28 U.S.C. § 636(b)(1)(B).  On February 1, 2007, Magistrate Judge Carter submitted his

report and recommendation. [Doc. No. 9].  The parties have not timely filed any objections.

After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and

recommendation pursuant to 28 U.S.C. § 636(b)(1).  Accordingly, the motion for post-conviction

relief brought under 28 U.S.C. § 2255 shall be **DENIED and DISMISSED WITH PREJUDICE.**

Any appeal from this decision by petitioner Barnes would be frivolous and not taken in good

faith.  Any application by petitioner Barnes for leave to proceed on appeal *in forma pauperis* shall

be denied pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a).


1

If petitioner Barnes files a notice of appeal, it shall be treated as an application for a certificate of appealability which will be denied pursuant to 28 U.S.C. § 2253(c) and Fed. R. App. P. 22(b)(1) because she has not made a substantial showing of the denial of a constitutional right.

A separate judgment will be entered.

SO ORDERED.

ENTER this the 21st day February, 2007.

                              _/s/ R. Allan Edgar_____

                              R. ALLAN EDGAR
                              UNITED STATES DISTRICT JUDGE